UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| ANGEL TEJEDA, | : | 11 Cr. 1015 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On June 23, 2020, defendant Angel Tejeda moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. Dkt. No. 170. It is hereby ORDERED as follows:

(1) The Government shall respond to the motion by Friday, July 10, 2020; and

(2) If Mr. Tejeda wishes to submit reply papers, he shall do so by Friday, July 17, 2020.

SO ORDERED.

Dated:   New York, New York
         June 26, 2020

                                          ____/s/ Denny Chin_____
                                          DENNY CHIN
                                          United States Circuit Judge
                                          Sitting by Designation