

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2020

**BY ECF**

| | |
|---|---|
| The Honorable Denny Chin<br>United States Circuit Judge<br>for the Second Circuit<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, New York 10007 | Application GRANTED<br>SO ORDERED.<br>s/Denny Chin, U.S.C.J.<br>7-13-2020 |

      Re:    *United States v. Angel Tejeda, et al.*,
              11 Cr. 01015 (DC) – Unopposed Request for Extension of Time

Dear Judge Chin:

      The Government writes to respectfully request an extension of time to respond to defendant Angel Tejeda's Motion for Compassionate Release (Dkt. No. 170) (the "Motion"). On June 26, 2020, the Court ordered the Government to respond by July 10, 2020. (Dkt. No. 171.) At that time, Government counsel of record was no longer at the United States Attorney's Office for the Southern District of New York. On July 13, 2020, undersigned counsel was assigned to respond to the Motion.

      The Government respectfully requests an extension of time through and including July 20, 2020. The Government has consulted with defense counsel, who consents to the Government's request.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney for the
      Southern District of New York

By:     /s/
      Danielle M. Kudla
      Assistant United States Attorney
      (212) 637-2304

cc:  J. Bruce Maffeo
     *Counsel for Angel Tejeda*